IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Charles Frye,
        Plaintiff,

    v.

Palisades Collections, LLC; Asta Funding, Inc.; and Does 1-10, inclusive,

        Defendants.

2:12-cv-02511-GEB-JFM

ORDER RE: SETTLEMENT AND DISPOSITION

        Plaintiff filed a "Notice of Settlement" on October 31, 2012, in which he states: "the parties in the above-captioned case have reached a settlement[, and t]he Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days." (ECF No. 7, 2:2-6.)

        Therefore, a dispositional document shall be filed no later than January 2, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the Status Conference scheduled for hearing at 9:00 a.m. on January 28, 2013, will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise

1

1 | dismissed.¹  A joint status report shall be filed fourteen (14) days
2 | prior to the Status Conference.
3 |     IT IS SO ORDERED.
4 | Dated: October 31, 2012

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    Senior United States District Judge
```

---

¹ The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2