IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Charles Frye,<br><br>        Plaintiff,<br><br>    v.<br><br>Palisades Collections, LLC; Asta Funding, Inc.; and Does 1-10, inclusive,<br><br>        Defendants. | 2:12-cv-02511-GEB-JFM<br><br>ORDER RE: SETTLEMENT AND DISPOSITION |

        Plaintiff filed a "Notice of Settlement" on October 31, 2012, in which he states: "the parties in the above-captioned case have reached a settlement[, and t]he Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within 60 days." (ECF No. 7, 2:2-6.)

        Therefore, a dispositional document shall be filed no later than January 2, 2013. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the Status Conference scheduled for hearing at 9:00 a.m. on January 28, 2013, will remain on calendar in the event no dispositional document is filed, or if this action is not otherwise

dismissed.[1]   A joint status report shall be filed fourteen (14) days prior to the Status Conference.

IT IS SO ORDERED.

Dated:  October 31, 2012

*[signature]*
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1]   The Status Conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2